# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| Gretchen N. Byerley, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No. 10-3141-CV-S-JTM |
| | ) | |
| Michael J. Astrue, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On Wednesday, August 31, 2011, the Court heard oral argument on the *Brief In Support Of Claimant's Claim,* filed March 2, 2011 [Doc. 11] and the *Brief For Defendant*, filed May 15, 2011 [Doc. 15]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the arguments, it is

ORDERED that the decision of the Commissioner is **AFFIRMED**.


    /s/ John T. Maughmer
    **JOHN T. MAUGHMER**
    **U. S. MAGISTRATE JUDGE**